GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
AZ State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED

2023 AUG -9  PM 1: 25

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Dillyn Anthony Dust,<br><br>Defendant. | No. **CR-23-00398-001-TUC-JAS (MSA)**<br><br>**S U P E R S E D I N G**<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. §§ 922(o)(1) and 924(a)(2)<br>(Possession of Machineguns)<br>Count 1<br><br>26 U.S.C. §§ 5841, 5845(a)(6), & (b),<br>5861(d), and 5871<br>(Possession of Unregistered Firearms)<br>Count 2<br><br>18 U.S.C. §§ 922(j) and 924(a)(2)<br>(Possession of Stolen Firearm)<br>Count 3<br><br>21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(D)<br>(Possession with Intent to Distribute Marijuana)<br>Count 4<br><br>21 U.S.C. §§ 841(a)(1) and<br>841(b)(2)<br>(Possession with Intent to Distribute Alprazolam)<br>Count 5<br><br>21 U.S.C. §§ 841(a)(1) and<br>841(b)(3)<br>(Possession with Intent to Distribute Codeine)<br>Count 6 |

18 U.S.C. § 924(c)(1)(A)(i)
(Use/Carrying of a Firearm during
a Drug Crime)
Count 7

18 U.S.C. §§ 922(a)(1)(A), 923(a),
and 924(a)(1)(D)
(Engaging in the Business of Dealing
in Firearms Without a License)
Count 8

18 U.S.C. § 924(d); 21 U.S.C. § 853;
26 U.S.C. § 5872; 28 U.S.C. §
2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

## COUNT 1

On about March 15, 2023, in the District of Arizona, defendant DILLYN ANTHONY DUST did knowingly possess machineguns, that is: two (2) conversion device machine guns, which are designed and intended solely and exclusively for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

## COUNT 2

On about March 15, 2023, in the District of Arizona, defendant DILLYN ANTHONY DUST knowingly possessed firearms as defined in Title 26, United States Code, Section 5845; that is: two (2) conversion device machineguns, not registered to DUST in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5845(a)(6), & (b), 5861(d), and 5871.

## COUNT 3

On or about March 15, 2023, in the District of Arizona, defendant DILLYN ANTHONY DUST, knowingly possessed a stolen firearm, that is: one (1) Glock model 45, 9mm caliber handgun, which had been shipped and transported in interstate or foreign

commerce, the defendant knowingly and having reasonable cause to believe the firearm was stolen.

All in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

### COUNT 4

On or about March 15, 2023, in the District of Arizona, defendant DILLYN ANTHONY DUST did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT 5

On or about March 15, 2023, in the District of Arizona, defendant DILLYN ANTHONY DUST did knowingly and intentionally possess with intent to distribute a controlled substance in Schedule IV, that is, Alprazolam, a Schedule IV controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(2).

### COUNT 6

On or about March 15, 2023, in the District of Arizona, defendant DILLYN ANTHONY DUST did knowingly and intentionally possess with intent to distribute a controlled substance in Schedule V, that is, codeine, a Schedule V controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(3).

### COUNT 7

On or about March 15, 2023, in the District of Arizona, defendant DILLYN ANTHONY DUST did knowingly use a firearm, during and in relation to a drug trafficking crime, and did possess a firearm in furtherance of a drug trafficking crime, that is, Possession with the Intent to Distribute, as alleged in Counts 4 through 6 of this Superseding Indictment, a felony crime prosecutable in a Court of the United States.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

///

*United States of America v. Dillyn Anthony Dust*
*Superseding Indictment Page 3 of 5*

## COUNT 8

Beginning on a date unknown, but starting no later than the year 2022, and continuing to on about May 2, 2023, in the District of Arizona, defendant DILLYN ANTHONY DUST, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1, 3, 7 and 8 of the Superseding Indictment, the defendant, DILLYN ANTHONY DUST, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

Upon conviction of Count 2 of the Superseding Indictment, the defendant, DILLYN ANTHONY DUST, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearms involved in any violation of the offense.

Upon conviction of one or more of the offenses alleged in Counts 4 through 6 of the Superseding Indictment, defendant, DILLYN ANTHONY DUST, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, all right, title, and interest in (1) any property, real or personal constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the said violations, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with

other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: August 9, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
ADAM D. ROSSI
Assistant United States Attorney

*United States of America v. Dillyn Anthony Dust*
*Superseding Indictment Page 5 of 5*